UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SWETA A. RAVAL,

          Plaintiff,                            Case Number 21-11187

v.                                               Honorable David M. Lawson

USA TRUCK, INC., and
JOHN PAUL TRICE,

          Defendants.

_____/

## ORDER STRIKING SUPPLEMENTAL EXHIBITS

On May 9, 2022, the defendant filed a notice of supplemental exhibits to its motion for summary judgment. The notice and exhibits will be stricken because the briefing on the motion already was completed in due course, and the defendant did not seek leave to file any supplements. *See* E.D. Mich. LR 7.1(d)(1)(A) ("Unless the court permits otherwise, *each motion* and response to a motion *must be accompanied by a single brief*.") (emphasis added). Moreover, the Court is aware of two of the four noticed exhibits because the defendant already attached them to its reply in support of its summary judgment motion. *See* Richard Jackson Report, ECF No. 40-7; Brian Kirschner Report, ECF No. 40-8.

Accordingly, it is **ORDERED** that the defendant's notice of supplemental exhibits (ECF No. 46) is **STRICKEN**.

                                                           s/David M. Lawson
                                                           DAVID M. LAWSON
                                                            United States District Judge

Dated: May 9, 2022